(83 South. 192)

No. 23627.

STATE v. PITRE.

(Nov. 3, 1919.)

Appeal from Sixteenth Judicial District Court, Parish of St. Landry; B. H. Pavy, Judge.

Otere Pitre was convicted of an offense, and he appeals. On motion to dismiss. Cause remanded for hearing on motion.

Dudley L. Guilbeau, of Opelousas, for appellant.

A. V. Coco, Atty. Gen., Robert Lee Garland, Dist. Atty., of Opelousas (T. S. Walmsley, of New Orleans, of counsel), for the State.

SOMMERVILLE, J. On motion to dismiss. The Attorney General alleges that defendant has broken jail, and is now a fugitive from justice, and he asks that the appeal herein be dismissed.

It is ordered that the case be remanded for the purpose of hearing evidence in support of the motion to dismiss.